# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ELIJAH L. HAWTHORNE

NO. 2021 KW 0597

OCTOBER 1, 2021

---

In Re: Elijah L. Hawthorne, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 601117.

---

**BEFORE: McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED AS MOOT.** The records of the Tangipahoa Parish Clerk of Court's office reflect that the district court acted on relator's motion for production of documents on May 27, 2021.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT